UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**ANTONIO RAY SYNIGAL**  **CIVIL ACTION**

**VERSUS**  **NO. 10-2798**

**UNITED STATES GOVERNMENT, ET AL.**  **SECTION: "J"(1)**

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

New Orleans, Louisiana, this 23rd day of September, 2010.

_____
**UNITED STATES DISTRICT JUDGE**